IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONNY LEE HOLROYD, | ) | 4:12CV3006 |
|       Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| AMY NORTEN, and TERRY MANOLEDAS, | ) ) ) | |
|       Defendants. | ) | |

     This matter is before the court on its own motion. On January 20, 2012, the court entered a Memorandum and Order provisionally filing this matter but requiring Plaintiff to either file a motion for leave to proceed in forma pauperis or pay the $350.00 filing fee no later than February 17, 2012. (Filing No. 4.) Pursuant to Plaintiff's request, the court later extended that date to March 16, 2012. (Filing No. 7, text-only order.) The court warned Plaintiff that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (Filing No. 4.) Despite the extension of time, Plaintiff has not paid the $350.00 filing fee or submitted a motion for leave to proceed in forma pauperis.

     IT IS THEREFORE ORDERED that:

     1.    This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

     2.    A separate judgment will be entered in accordance with this Memorandum and Order.

     DATED this 30th day of March, 2012.

                               BY THE COURT:

                               s/ Joseph F. Bataillon
                               United States District Judge